# ALEXANDER, POOLE & COMPANY, INC.

"THE ATTORNEY'S SERVICENTER"

CELEBRATING OVER 50 YEARS OF SERVICE!

P.O. BOX 69 • ALBANY, NEW YORK 12201

TELEPHONE (518) 436-0895 • FAX (518) 436-7366

TAX ID # 14-1482374

**Invoice #** 1520857

November 4, 2015

Adam J. Fishbein, P.C.
483 Chestnut Street
Cedarhurst, , NY 11516

Your File No.: Goldmunzer
Contract or SFS No.:

Caption:
Aron Goldmunzer — Plaintiff/Petitioner
vs
P&B Capital Group LLC — Defendant/Respondent

Re: P&B Capital Group LLC

Docs. Served: Summons in a Civil Action & Complaint
Date Served: 10/28/2015
Time Served:
Address Attempted:

Date Received: 10/27/2015
Serve By Date:
Date Returnable:
Docket or ID #: 15CV3863
Court: U. S. District
County: Eastern Dist.
Original: [ ]   We File: [ ]
Server: Kyle Warner

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 10/27/2015 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 10/28/2015 | Svc. on Secretary of State-Regular (Svc.Fee Prepaid) | $18.00 | |
| 10/27/2015 | Electronic Check Trans No. 101700706153001668626827 | | $58.00 |
| | Total Service Fees and Total Fees Prepaid: | $58.00 | $58.00 |

There will be a $25.00 late charge added to all past due accounts. There will be a $35.00 fee charged for any returned check. Invoices 30 days past due will accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees for collection of unpaid accounts.

**Amount Due =** $0.00

Due Before: December 4, 2015

Remarks:

---

Please detach and return this section with your payment or include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.
*There will be a $35.00 service fee on all returned checks*

**PLEASE PAY FROM THIS INVOICE.**

We accept eChecks, Visa, Mastercard, American Express & PayPal

Adam J. Fishbein, P.C.
483 Chestnut Street

Cedarhurst,, NY 11516

FAX: 516-791-4411

Alexander, Poole & Co., Inc.
P.O. Box 69
Albany, New York, 12201

Invoice•Work Order #: 1520857
Invoice Date: November 4, 2015
Attorney's ID#: A9826

Total Amount Due= $0.00

Amount Paid _____
Due Before:   December 4, 2015

Index # 15CV3863
Purchased/Filed: July 1, 2015

Attorney(s):

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York    U. S. District Court    Eastern Dist. County

Aron Goldmunzer

Plaintiff

against

P&B Capital Group LLC

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 55 yrs
Weight: 120lbs   Height: 5'1   Sex: female   Color of skin: white
Hair color: brown   Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 28, 2015, at 11:34 AM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons in a Civil Action & Complaint**

on P&B Capital Group LLC, the Defendant in this action, by delivering to and leaving with Nancy Dougherty, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

28th day of October 2015

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner
Invoice·Work Order # 1520857
Attorney File # Goldmunzer

State of New York - Department of State
Receipt for Service

Receipt #: 201511040104
Date of Service: 10/28/2015
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 201511040074
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: P&B CAPITAL GROUP, LLC

Plaintiff/Petitioner:
GOLDMUNZER, ARON

Service of Process Address:
P&B CAPITAL GROUP, LLC
369 WASHINGTON ST
STE 100
BUFFALO, NY 14203

Secretary of State
By NANCY DOUGHERTY