UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ARON GOLDMUNZER on behalf of himself and
all other similarly situated consumers

        Plaintiff,

                   1:15-cv-03863-AMD-CLP

  -against-


P&B CAPITAL GROUP, LLC

        Defendant.

_____


TO: DOUGLAS C. PALMER, CLERK
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

   Please enter the default of the Defendant P&B CAPITAL GROUP, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Adam J. Fishbein.

Dated: Cedarhurst, New York
    February 10, 2016

                    /s/ Adam J. Fishbein_____
                Adam J. Fishbein, P.C.  (AF-9508)
                 Attorney At Law
               **Attorney for the Plaintiff**
                 483 Chestnut Street
                 Cedarhurst, New York 11516
                  Telephone (516) 791-4400
                   Facsimile (516) 791-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ARON GOLDMUNZER on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

                                                                1:15-cv-03863-AMD-CLP

   -against-

P&B CAPITAL GROUP, LLC

                        Defendant.

_____

ADAM J. FISHBEIN hereby declares as follows:

      1.      That I am an attorney licensed to practice in the State of New York and before this Honorable Court.

      2.      This putative class action suit was commenced pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. for Defendant's violations of same.

      3.      The time within which the Defendant may answer or otherwise move with respect to the complaint herein has expired; said Defendant has not answered or otherwise moved with respect to the complaint.

      4.      Said Defendant is not an infant or incompetent. Said Defendant is not presently in the military service of the United States.

      5.      I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

      Wherefore, Plaintiff requests that the default of the Defendant be noted and that this Court, order the Defendant to produce the names and addresses of class members and

information concerning net worth of the Defendant including tax returns and financial statements pursuant to Fed. R. Civ. P. 23 and 15 U.S.C. § 1692k of the Fair Debt Collection Practices Act.  Plaintiff requests that the Court not enter judgment until the Plaintiff has had an opportunity to make a motion/application for class certification.

    I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Cedarhurst, New York
      February 10, 2016


      /s/ Adam J. Fishbein
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
Telephone (516) 791-4400
Facsimile (516) 791-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ARON GOLDMUNZER on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

                                                         1:15-cv-03863-AMD-CLP

   -against-


P&B CAPITAL GROUP, LLC

                        Defendant.

_____

## CERTIFICATE

        I, Douglas C. Palmer, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Defendant P&B CAPITAL GROUP, LLC was served with a copy of the summons and complaint by personal service, duly authorized to accept by Nancy Dougtherty, Authorized Agent in the Office of the Secretary of State of New York, 99 Washington Avenue, Albany, NY. I further certify that the docket entries indicate that Defendant has not filed its answer or otherwise moved with respect to the complaint herein. The default of P&B CAPITAL GROUP, LLC is hereby noted.

Dated: Brooklyn, New York

        _____, February 10, 2016

                                      DOUGLAS C. PALMER

                                      Clerk of Court

                        By:  _____
                             Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ARON GOLDMUNZER on behalf of himself and
all other similarly situated consumers

                              Plaintiff,

                                                                          1:15-cv-03863-AMD-CLP

-against-


P&B CAPITAL GROUP, LLC

                              Defendant.

_____


     I, Adam J. Fishbein, licensed to practice law in the State of New York and before this Court do hereby certify that on February 10, 2016, I served the Plaintiff's motion for default and exhibits in support thereof upon P&B CAPITAL GROUP, LLC, via first class mail.


                                         /s/ Adam J. Fishbein_____
                                     Adam J. Fishbein, P.C.  (AF-9508)
                                    Attorney At Law
                                  **Attorney for the Plaintiff**
                                      483 Chestnut Street
                                        Cedarhurst, New York 11516
                                          Telephone (516) 791-4400
                                             Facsimile (516) 791-4411