UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

ARON GOLDMUNZER

                      Plaintiff,

                      15 CV 3863 (AMD) (CLP)

         -against-


P&B CAPITAL GROUP, INC.

                  Defendant.

-----------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE


IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*

_____

Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


_____

U.S.D.J.